MACRO–Z TECHNOLOGY, Appellant

v.

**Raymond E. MABUS, Secretary of the Navy, Appellee.**

No. 2015–1025.

United States Court of Appeals, Federal Circuit.

July 13, 2015.

James Francis Nagle, Oles Morrison Rinker & Baker LLP, Seattle, WA, argued for appellant.

James Patrick Connor, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Bryant G. Snee; Robyn L. Hamady, General Litigation Division, United States Department of the Navy, Washington, DC.

PROST, Chief Judge, CLEVENGER and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**